IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MELANIE DRAKE, | : |
| Plaintiff, | : |
| v. | : Case No. 3:24-cv-00063-CDL-AGH |
| MONICA SALDANO, *et al.*, | : |
| Defendants. | : |

**ORDER**

On July 1, 2024, Plaintiff filed a *pro se* complaint (ECF No. 1) alleging employment discrimination under Title VII in the United States District Court for the Southern District of Georgia.[1] On the same day, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff, however, failed to provide sufficient information for the Court to determine whether she qualifies to proceed IFP. She reports having no income, no funds, no assets, and no expenses. Pl.'s Mot. to Proceed IFP 1-5, ECF No. 2. Plaintiff states she has not gone back to work since an alleged accident, and while she alleges she is "waiting on [her] long term disability[,]" she provides no explanation whatsoever as to how she is able to exist without income or assets. *Id.* at 5. Plaintiff's affidavit is implausible on its face. Therefore, the affidavit is not "'sufficient on its face to demonstrate economic eligibility' for *in forma pauperis* status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d

---

[1] The Southern District of Georgia transferred the case to this Court on July 3, 2024. Order 2, July 3, 2024, ECF No. 4.

1305, 1307-08 (11th Cir. 2004).

Therefore, Plaintiff is **ORDERED** to recast her motion for leave to proceed IFP within **FOURTEEN (14) DAYS**. Plaintiff must provide a more detailed explanation of her funds, assets, expenses, and her inability to pay filing fees or costs. Plaintiff is also instructed to inform the Clerk of Court of any change in her mailing address while this action is pending. Failure to do so may result in the dismissal of this action. The Clerk is directed to provide Plaintiff with a new blank long-form IFP application for non-prisoners.

**SO ORDERED**, this 3rd day of July, 2024.

/s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE